The People of the State of Illinois, Defendant in Error, v. Abe Shapiro and Jake La Bow, Plaintiffs in Error.

Gen. No. 22,631.   (Not to be reported in full.)

Error to the Criminal Court of Cook county; the Hon. CHARLES M. THOMPSON, Judge, presiding. Heard in this court at the October term, 1916. Writ of error dismissed. Opinion filed January 22, 1917.

## Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Abe Shapiro and Jake La Bow, defendants, charged with conspiracy. After a trial and verdict of guilty, defendants bring error.

McEWEN, WEISSENBACH & SHRIMSKI and MICHAEL E. MAHER, for plaintiffs in error.

MACLAY HOYNE, for defendant in error; ALEXANDER E. ARKIN, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 868*—*how abstract will be construed.* An abstract is the pleading of the parties in the Appellate Court, and must be construed against the appellant.

2. APPEAL AND ERROR, § 892*—*what is effect of failure to file proper abstract.* Where the abstract fails to show any judgment was entered by the trial court, there is nothing to review and a writ of error must be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.